UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIHAM M. SLAYMAN,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　Defendant | Civil No. C05-1958-MJP<br><br><br>ORDER |

　　　Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for Supplemental Security Income under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will further consider Plaintiff's claim for disability, including both mental and physical impairments. The ALJ will further develop the record regarding Plaintiff's mental impairment and arrange for a consultative mental examination. The ALJ should consider whether Plaintiff's mental impairment is severe and document that finding in

Page 1　　　　　ORDER - [C05-1958-MJP]

the decision. The ALJ will further consider Plaintiff's credibility, the credibility of any lay witness, and the remaining steps in the sequential evaluation process. No specific aspect of the ALJ's decision is affirmed.

DATED this __19th  day of __April_____ 2006.

_____
Marsha J. Pechman
U.S. District Judge

Recommended for Entry
this 17th day of April, 2006:


   /s/Monica J. Benton
MONICA J. BENTON
United States Magistrate Judge


Presented by:

s/ STEPHANIE R. MARTZ    WSB # 28636
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2272
Fax: (206)615-2531
stephanie.martz@ssa.gov

Page 2          ORDER - [C05-1958-MJP]